In the Matter of FRANCIS L. BOYLE, an attorney at law.

March 7, 1966. Respondent suspended for three years and until further order of Court. Opinion reported at 47 *N. J.* 58.

In the Matter of ROBERT R. BLASI, an attorney at law.

July 6, 1966. Respondent suspended until the further order of Court. Opinion reported at 47 *N. J.* 447.

In the Matter of JOHN J. EGAN, an attorney at law.

July 1, 1966. Suspension lifted and respondent restored to practice.

In the Matter of HARRY A. DUCKWORTH, an attorney at law.

June 6, 1966. Respondent's name stricken from the roll of attorneys at law. Opinion reported at 47 *N. J.* 235.